UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

THE PROVIDENT BANK,

    Plaintiff,

                                                            8:09-cv-2084-T-33AEP

v.

GLORIA CURTIN and GEORGE CURTIN,

    Defendants.
_____/

## ORDER ON MOTION FOR FINAL SUMMARY JUDGMENT

This cause came on to be heard upon Plaintiff, THE PROVIDENT BANK's Motion for Summary Judgment (DE#6), and the Court having reviewed the record, and having conducted a status conference on April 20, 2010 (DE#15), and being otherwise fully advised in the premises, it is hereby, ORDERED AND ADJUDGED as follows:

## BACKGROUND

Plaintiff's Motion for Summary Judgment was filed on December 2, 2009. (DE#6). After failing to file a response in opposition as required by the Federal Rules of Civil Procedure and Local Rules, Defendants were given an extension of time *sua sponte*, until January 24, 2010, to file a response in opposition. (DE#9). On February 3, 2010, Defendants were also referred by this Court to the Federal Bar Association's Pro Bono Civil Litigation Project in order to afford Defendants an opportunity to seek counsel. (DE#13). Defendants were also provided Notice of a Status Conference Hearing, to be conducted o April 20, 2010, in order to afford Defendants an opportunity to present arguments related to the Plaintiff's Motion for Summary Judgment. (DE#15). Defendants

have failed to respond to Plaintiff's Motion for Summary Judgment, and similarly failed to appear at the status conference on April 20, 2010.

## **FINDINGS**

That Plaintiff's Motion for Summary Judgment (DE# 6) is hereby **GRANTED**.

That Defendants, GLORIA CURTIN and GEORGE CURTIN, became indebted to Elite Financial Group, Inc., in the principal sum of $717,522.00, for the purchase of a 2006 51' Sea Ray, Model 485DCA, Hull ID: SERP6916D606, which debt was payable in accordance with a Simple Interest Note, Disclosure and Security Agreement as amended, executed and delivered on October 25, 2006. See DE#1, Exhibit A; DE#6.

That on October 26, 2006, Elite Financial Group, Inc., assigned the Simple Interest Note, Disclosure and Security Agreement to Plaintiff, THE PROVIDENT BANK. See DE#1, Exhibit "B"; DE#6.

That in order to secure the payment of said indebtedness and interest thereon, Defendants, GLORIA CURTIN and GEORGE CURTIN, executed and delivered to Plaintiff, THE PROVIDENT BANK, a First Preferred Ship Mortgage, dated October 25, 2006 on said Vessel. See DE#1, Exhibit "C"; DE#6.

That Plaintiff, THE PROVIDENT BANK, owns and holds the Simple Interest Note, Disclosure and Security Agreement and First Preferred Ship Mortgage. See DE#1; DE#6.

That on or about November 26, 2008, Defendants, GLORIA CURTIN and GEORGE CURTIN, defaulted by failing to make the installment payments due on the Simple Interest note, Disclosure and Security Agreement and First Preferred Ship Mortgage. See DE#1; DE #6.

That pursuant to the Simple Interest Note, Disclosure and Security Agreement and First Preferred Ship Mortgage, Plaintiff, THE PROVIDENT BANK, repossessed the 2006 51' Sea Ray,

Model 485DCA, Hull ID: SERP6916D606, and notified Defendants, GLORIA CURTIN and GEORGE CURTIN, of its plan to sell the vessel. See Notice dated November 3, 2008, DE#1, Exhibit "D".; DE#6.

That the sale of the 2006 51' Sea Ray, Model 485DCA, Hull ID: SERP6916D606, was finalized on or about June 10, 2009, as evidence by the Vessel Closing statement. See DE#1, Exhibit "E", DE#6.

That pursuant to the Simple Interest Note, Disclosure and Security Agreement and First Preferred Ship Mortgage, the proceeds from the sale of the vessel were applied to Defendants, GLORIA CURTIN and GEORGE CURTIN's debt, and reduced the amount of the debt to $459,880.44 US Dollars, (See correspondence dated August 18, 2009) DE#1, Exhibit "F". (DE#6).

That as of December 3, 2009, Defendants, GLORIA CURTIN and GEORGE CURTIN, owe Plaintiff, THE PROVIDENT BANK, the total amount of $486,434,97, plus accruing interest at the per diem rate of $97.50. As of April 20, 2010, an additional $14,455.00 (138 days x 97.50 per day) in per diem interest has accrued, leaving a principal balance as of April 20, 2010, of **$481,889.97**, plus per diem interest through the date of judgment in the amount of $97.50.

That Plaintiff, THE PROVIDENT BANK, is entitled to a final judgment against Defendants GLORIA CURTIN and GEORGE CURTIN, jointly and severally, in the principal amount of **Four Hundred Eighty One Thousand, Eight Hundred Eighty Nine and 97/100 U.S. Dollars ($481,889.97)** as of April 20, 2010, plus per diem interest through the date of judgment in the amount of $97.50, plus statutory interest thereafter until such judgment is satisfied. The Clerk is directed to enter **JUDGMENT** accordingly.

That Plaintiff, THE PROVIDENT BANK, is entitled to its reasonable attorney's fees, costs

and expenses, to be determined at a later date. Any motion for attorney's fees and to tax costs shall be filed within thirty (30) days of the judgment. The Clerk is directed to **CLOSE** the case after entry of the Judgment. The Court will receive and address attorney's fees motions regardless of whether the case has been closed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record