UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PROVIDENT BANK,

        Plaintiff,

v.                                    Case No.  8:09-cv-2084-T-33AEP

GLORIA CURTAIN and GEORGE
CURTAIN,

        Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to Plaintiff's Verified Motion and Supporting Memorandum for Attorneys' Fees and to Tax Costs (Doc. # 20), which was filed on May 24, 2010. For the reasons that follow, the Court grants the Motion.

## **Analysis**

Plaintiff initiated this case on October 14, 2009, by filing its complaint against Defendants to recover $465,119.97, plus interest and fees, pursuant to a "Simple Interest Note, Disclosure and Security Agreement and First Preferred Ships Mortgage." (Doc. # 1 at 4).

On December 3, 2009, Plaintiff filed its Motion for Summary Judgment (Doc. # 6), which this Court granted on April 23, 2010. (Doc. # 18).  The Court ordered as follows: "The Provident Bank is entitled to a final judgment against Defendants Gloria Curtain and George Curtain, jointly and

severally, in the principal amount of . . . $481,889.97 as of April 20, 2010, plus per diem interest through the date of judgment in the amount of $97.50, plus statutory interest thereafter until such judgment is satisfied." (Doc. # 18 at 3). The Court also determined that Plaintiff is entitled to its reasonable attorneys' fees and costs. (Id.)

Plaintiff timely filed its Verified Motion for Attorneys' Fees and Costs, in which it seeks $2,950.00 in attorneys' fees and $550.42 in costs (Doc. # 20 at 5). Defendants failed to file a response in opposition to the Motion within the time parameters of the Local Rules. Accordingly, the Court considers Plaintiff's Motion as an unopposed Motion.

Upon review of the Motion and the affidavits filed in support thereof, the Court determines that the fees and costs requested are reasonable under the circumstances of this case. The Court has conducted its lodestar analysis under Norman v. Housing Authority of City of Montgomery, 836 F.2d 1292 (11th Cir. 1988). The number of hours expended: 20.8 is inherently reasonable in light of the excellent result counsel obtained for the client, Provident Bank.

The Court also approves the hourly rates charged by Plaintiff's legal team. Robert McIntosh, Esq., is a partner at the law firm of Adorno & Yoss, LLP. (Doc. # 20-1 at ¶ 4).

He is a Board Certified Civil Trial Lawyer, and he has been admitted to practice law in the State of Florida since 1969. (Id.) His hourly rate of $200.00 is a reasonable and fair rate and is consistent with the prevailing market rates for the Middle District of Florida.

The Court also approves the $150.00 hourly rate of Adam Cooke, Esq., an associate at Adorno & Yoss, LLP, licenced to practice law in the State of Florida since 2003. Furthermore, the Court approves the $100.00 hourly rate of the paralegals that worked on this case at Adorno and Yoss, LLP. The Court finds that the time expended by the aforementioned legal professionals was necessary to perform the work in prosecuting this case and that the time and fees charged are reasonable and appropriate.

The Court also approves, in part, the costs sought by Plaintiff. Plaintiff seeks costs in the amount of $550.42. This amount is comprised of photocopy charges, Court fees, postage, and subpoena fees. The Eleventh Circuit has held that postage is not a taxable cost. Gary Brown & Assoc v. Ashdon, Inc., 268 F. App'x 837, 846 (11th Cir. 2008). With the exception of the $20.22 in postage costs, each item of Plaintiff's costs is consistent with 28 U.S.C. § 1920 and Rule 54 of the Federal Rules of Civil Procedure.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Verified Motion and Supporting Memorandum for Attorneys' Fees and to Tax Costs (Doc. # 20) is **GRANTED.**

(2) Plaintiff is entitled to $2,950.00 in attorneys' fees and $530.20 in costs.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of June 2010.

_Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record